IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CR NO: 1:15-cr-00128 LJO

AARON DASHAWN CRAWFORD,

Defendant.

FILED
MAY 13 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee: AARON DASHAWN CRAWFORD
Detained at: Fresno County Jail
Detainee is:  a.) ☐ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
              charging detainee with: _____
        or    b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☒ return to the custody of detaining facility **after appearing on May 18, 2015 at 1:30**
          or    b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary MAY 18, 2015 in the Eastern District of California.*

Signature:
Printed Name & Phone No: Kathleen A. Servatius
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on May 18, 2015 at 1:30 p.m and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: May 12, 2015

Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | 1520190 (person ID 7064292) | DOB: | 4/24/1995 |
| Facility Address: | | Race: | |
| Facility Phone: | | FBI#: | 476813AE6 |
| Currently | | CII | A309504167 |

## RETURN OF SERVICE

Executed on: _____   _____
                        (signature)