## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 1:15CR128 LJO SKO (001) |
| AARON DASHAWN CRAWFORD | |
| Defendant. | |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: AARON DASHAWN CRAWFORD
Detained at: FRESNO COUNTY JAIL
Detainee is:  a.) ☐ charged in this district by: ☒ Indictment  ☐ Information  ☐ Complaint
charging detainee with: _____
or  b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☒ return to the custody of detaining facility **after appearing on June 15, 2015 @1:00 pm**
or  b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

**Appearance is necessary June 15, 2015 in the Eastern District of California.**

| | |
|---|---|
| Signature: | /s/ Kathleen A. Servatius |
| Printed Name & Phone No: | Kathleen A. Servatius |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS
☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on June 15, 2015 at 1:00 p.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: June 10, 2015

/s/ *Barbara A. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if | ☐Male  ☐Female |
| Booking or CDC #: 1520190 (person ID 7064292) | DOB: |
| Facility Address: | Race: |
| Facility Phone: | FBI#: |
| Currently | CII |

### RETURN OF SERVICE

Executed on: _____   _____
(signature)